UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| YVETTE MALICK,, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 16-10008-GAO |
| | * | |
| QUINCY POLICE DEPARTMENT,, | * | |
| | * | |
| Defendant. | * | |

ORDER OF DISMISSAL

August 8, 2016

O'Toole, D.J.

Pursuant to the Court's Opinion and Order [17] filed on August 8, 2016, this case is hereby dismissed and CLOSED.

IT IS SO ORDERED.

/s/ George A. O'Toole, Jr.

United States District Judge